**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

IN RE:  STEPHANY E KOHLES
4697 LAUREN LN
SAINT JOSEPH, MI  49085

CASE NO:  DK-23-01923
Chapter 13
HON. SCOTT W. DALES
Filed:  August 22, 2023

# NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

**NOW COMES**  Kurt A. Steinke, Chapter 13 Trustee, and hereby withdraws his Motion to Dismiss previously filed in this matter as the Debtor has:

**THE DEBTOR TURNED OVER THE 2024 INCOME TAX RETURNS AND NO REFUNDS ARE DUE TO THE PLAN.**

and the Motion was originally scheduled for a hearing before this Court on 9/11/2025

This Notice of Withdrawal of Motion to Dismiss has been electronically filed with the Court and the Attorney for the Debtor and mailed to the Debtor.

**Debtor:**          STEPHANY E KOHLES
                     4697 LAUREN LN
                     SAINT JOSEPH, MI  49085

**Attorney for Debtor:**   DIETRICH & KENYON PLLC
                     1427 WEST SAGINAW ST STE 200
                     EAST LANSING, MI  48823

July 29, 2025

/s/  Kurt A. Steinke
_____

Kurt A. Steinke(P44538)
CHAPTER 13 TRUSTEE
P. O. BOX 51109
KALAMAZOO, MI  49005
269.343.0305

Served on:  07/29/2025
HSL